Filed in U.S. Bankruptcy Court
Atlanta, Georgia

NOV 2 5 2013

M. Regina Thomas, Clerk
By: _____
        Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
_Atlanta_ DIVISION

IN THE MATTER OF:                :       CHAPTER 13

VALERIA' Jorgensen Gohle         :       CASE NO. A08-62489-BEM

            Debtor(s)            :

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

A dividend check in the amount of $ 1384.00 was issued in the above-styled bankruptcy case to VALERIA' Jorgensen Gohle, whose mailing address at the time of issue was 3378 Mansfield LN Snellville, GA 30039.

Because that check was not cashed by said payee, pursuant to 11 U.S.C. §347(a), on May 22, 2013, Trustee paid those unclaimed funds to the Clerk, U.S. Bankruptcy Court.

Application is hereby made to pay these unclaimed funds to VALERIA' Jorgensen at 804 W. HWY 10 Gore, OK 74435. [Insert any further facts or information necessary to establish Claimant's rights to the Unclaimed Funds.] Sent letters in Feb, March and then a Certified letter in April stating that the check was mailed to the wrong Address and Requesting the Funds.

This 20 day of May, 2013

_____
Signature of Claimant

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
Social Security or Tax ID number

Sworn to and subscribed to before
me this 19th day of November 2013

_____
Bethany M. Dumpt
Notary Public in and for the
State of Oklahoma
My commission expires 9-8-2014

[Notary Seal: BETHANY M. DUMPTER, NOTARY PUBLIC, STATE OF OKLAHOMA, EXP. 9/08/2014]

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
_____Atlanta_____ DIVISION

IN THE MATTER OF:                    :     CHAPTER  13
Valeria Jorgensen Goble              :
                                     :     CASE NO. A08-62489-BEM
                                     :
            Debtor(s)                :

### CERTIFICATE OF SERVICE

The undersigned [~~name of petitioner~~] __Valeria Jorgensen__
of [~~address of petitioner~~] __804 N. Hwy 10, Gore, OK 74435__

hereby certifies:

That I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the __20__ day of __May__, 20__13__, I served a copy of the foregoing Petition for Payment of Unclaimed Funds, upon the parties listed below by First Class Mail:

☒   United States Attorney
    1800 U.S. Courthouse
    75 Spring Street, SW
    Atlanta, Georgia 30303
    Trustee office - 191 Peachtree St, Suite 2200
☐   [~~insert name and address of all other parties served~~]

Executed __May 20, 2013__     By: _____
         (Date)                    (Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☑ Addressee

B. Received by (Printed Name): Linda Duvall
C. Date of Delivery

1. Article Addressed to:

Flor Wicks
Northern Dist. OF GA
191 Peachtree St NE
Suite 220
Atlanta, GA 30303

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7012 3460 0000 8644 0588

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

ATLANTA GA 30303

| | |
|---|---|
| Postage | $0.46 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.11 |

Postmark: GORE, OK 74435  APR 17 2013   04/17/2013 S

7012 3460 0000 8644 0588

Sent To:
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions