UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
DEC 0 2 2013
M. Regina Thomas, Clerk
By: _____ Deputy Clerk

IN THE MATTER OF:
VALERIA JANE JORGENSEN (GOBLE)

CHAPTER 13

CASE NO. A08-62489-BEM

Debtor(s)

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

A dividend check in the amount of $1378.79 was issued in the above-styled bankruptcy case to VALERIA JORGENSEN GOBLE, whose mailing address at the time of issue was 3378 MANSFIELD LANE, SNELLVILLE, GA 30039

---

Because that check was not cashed by said payee, pursuant to 11 U.S.C. §347(a), on MAY 22, 2013, Trustee paid those unclaimed funds to the Clerk, U.S. Bankruptcy Court.

Application is hereby made to pay these unclaimed funds to **VALERIA JORGENSEN** at **804 N HWY 10, GORE, OK 74435**. Check was orginally sent to ex-husband's girlfriend's address by mistake. Phone calls were made in January 2013 to notify court that mistake was made and where to send new check. Then letters were sent to bankruptcy court in February and March, and certified letter in April stating that the check was mailed to wrong address and requesting the funds be sent to above address. Court then turned funds over to Clerk in May.

This 20 day of November 20, 2013.

_____
Signature of Claimant
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
Social Security or Tax ID number

Sworn to and subscribed to before
me this 26th day of November 2013

_____
Notary Public in and for the
State of Oklahoma
My commission expires 9-8-2014



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN THE MATTER OF: : CHAPTER 13

CASE NO. A08-62489-BEM

Debtor(s)

CERTIFICATE OF SERVICE

The undersigned <u>VALERIA JANE JORGENSEN (formly GOBLE)</u>
of <u>804 N HWY 10, GORE OK, 74435</u>
hereby certifies:

That I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 20 day of NOVEMBER 20, 2013, I served a copy of the foregoing Petition for Payment of Unclaimed Funds, upon the parties listed below by First Class Mail:

G               United States Attorney
                1800 U.S. Courthouse
                75 Spring Street, SW
                Atlanta, Georgia 30303

G               TRUSTEE'S OFFICE
G               191 Peachtree St, Suite 2200
G               Atlanta, Georgia 30303

Executed by Mail on May 20, 2013    By: _____
                    (Date)                              (Signature)

VALERIA Jorgensen
804 N. Hwy 10
Gore, OK 74435



US Bankruptcy Court
ATTN: Financial Dept
Stacy Burgess
1340 U.S. Courthouse
1340 Spring St SW
Atlanta, GA 30303

30303033375