# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: )
) CASE NO. 08-62489-BEM
DAVID MICHAEL GOBLE, )
VALERIA JORGENSEN GOBLE, ) CHAPTER 13
    Debtors. )

### ORDER ON PETITION FOR PAYMENT OF UNCLAIMED FUNDS

This matter arose upon Debtor's "Petition for Payment of Unclaimed Funds" ("Petition"), filed in the above-styled Chapter 13 case December 2, 2013 (Docket #114). The Petition seeks to pay unclaimed funds in the amount of $1,378.79 to Valeria Jorgensen Goble at 804 N Hwy 10, Gore, Oklahoma 74435. Upon proper notice, a hearing was held February 24, 2014, at 11:00 A.M. At the hearing appearances were made by counsel for the Debtor and counsel for the Chapter 13 Trustee. No appearances were made by any other party in interest and no objections to the motion were timely filed. After review of the record and the pleadings in this case and for good cause shown, it is hereby

**ORDERED** that Debtor's Petition is GRANTED. The Court Registry shall disburse the unclaimed funds in the amount of $1,378.79 to Valeria Jorgensen Goble at 804 N Hwy 10, Gore, Oklahoma 74435. It is further

**ORDERED** that the previous Order entered on April 4, 2014, Docket #117, is hereby vacated.

IT IS SO ORDERED this  18th  day of  April , 2014.

_____
BARBARA ELLIS-MONRO
UNITED STATES BANKRUPTCY JUDGE

Prepared by,

/s/
_____
Carrie Oxendine
GA Bar No. 141478
Attorney for Debtor
Berry & Associates
2751 Buford Highway, Suite 400
Atlanta, GA 30324

No Opposition by,

/s/ by Carrie Oxendine w/ express permission
_____
Sonya M. Buckley
GA Bar No. 140987
Chapter 13 Trustee
191 Peachtree Street NE
Suite 2200
Atlanta, Georgia 30303

## DISTRIBUTION LIST

Berry & Associates
2751 Buford Highway, Suite 400
Atlanta, GA 30324

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street NE
Suite 2200
Atlanta, Georgia 30303

Valeria Jorgensen
804 N. Hwy 10
Gore, Oklahoma 74435

David Michael Goble
682 Tanner Bridge Circle
Bethlehem, Georgia 30620